754 A.2d 665

**In the Interest of B.C.**

**Appeal of B.C.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1999.

Decided June 26, 2000.

John W. Packel, Paul M. George, Ellen T. Greenlee, Philadelphia, for B.C.

Catherine Marshall, Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.